**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA,    }
      *Plaintiff-Respondent*    }
          }
v.    }    CRIMINAL ACTION NO. H-00-683
    }    CIVIL ACTION NO. H-03-1680
FRANCISCO JOSE    }
VILLAGRA-MONTALVAN,    }
      *Defendant-Petitioner*    }

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Francisco Jose Villagra-Montalvan's Motion to Vacate, Set Aside

or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED** and his action is **DISMISSED**

**WITH PREJUDICE.**

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE