IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. H-00-683 |
| | } | CIVIL ACTION NO. H-03-1680 |
| FRANCISCO JOSE | } | |
| VILLAGRA-MONTALVAN, | } | |
| *Defendant-Petitioner* | } | |

## MEMORANDUM AND ORDER

Presently before the Court are Petitioner Francisco Jose Villagra-Montalvan's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 30), the United States's Response and Motion to Dismiss (Doc. 36), and the Magistrate Judge's Memorandum and Recommendation Denying Movant's § 2255 Motion to Vacate, Set Aside, or Correct Sentence. (Doc. 37).  After carefully considering the record and the applicable law, the Court concludes that Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 30) should be **DENIED** and the Government's Motion to Dismiss (Doc. 36) should be **GRANTED**.  Accordingly, this action is **DISMISSED WITH PREJUDICE**.  The Court adopts the Magistrate Judge's Memorandum and Recommendation (Doc. 37) in full.

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE